1  PILLSBURY & LEVINSON LLP
   Arnold R. Levinson (SBN: 66583)
2  600 Montgomery Street, 31st Floor
   San Francisco, California 94111
3  Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
4  E-mail: alevinson@pillsburylevinson.com

5  KRAFCHICK LAW FIRM
   Steven P. Krafchick (Washington SBN: 13542)
6  2701 First Avenue, #340
   Seattle, Washington 98121
7  Telephone: (206) 374-7370
   Facsimile: (206) 374-7377
8  E-mail: klf@krafchick.com

9  Attorneys for Plaintiff
   DEBRA KENWRIGHT
10
   SEYFARTH SHAW LLP
11 Carolyn A. Knox (SBN: 181317)
   Jonathan A. Glass (SBN: 218122)
12 560 Mission Street, Suite 3100
   San Francisco, California 94105
13 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
14 Email:  cknox@seyfarth.com; jglass@seyfarth.com

15 Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA,
16 CIGNA, INC. and STATE FARM MUTUAL
   AUTOMOBILE INSURANCE COMPANY EMPLOYEE LONG
17 TERM DISABILITY PLAN

                   UNITED STATES DISTRICT COURT

            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DEBRA KENWRIGHT, an individual, | ) | Case No. C 05-01234 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER OF** |
| v. | ) | **DISMISSAL OF CIGNA** |
| | ) | **CORPORATION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA, INC.; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY EMPLOYEE LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

STIP. AND [PROPOSED] ORDER OF DISMISSAL OF CIGNA CORPORATION WITH PREJUDICE /
CASE NO. C 05-01234 SBA

1  On May 18, 2005, Plaintiff Debra Kenwright ("Plaintiff") filed a First Amended
2  Complaint alleging a failure to pay benefits under an employee welfare benefit plan governed by
3  the Employee Retirement Income Security Act of 1974 ("ERISA") against Defendants Life
4  Insurance Company of North America, CIGNA, Inc.[1], and State Farm Mutual Automobile
5  Insurance Company Employee Long Term Disability Plan.  The parties hereto have met and
6  conferred and hereby agree and stipulate to the dismissal with prejudice of CIGNA Corporation
7  and CIGNA, Inc. from this action.  CIGNA Corporation waives costs.

8  DATED: June 20, 2005                                     KRAFCHICK LAW FIRM

10                                                          By_____/s/ Steven P. Krafchick____
                                                                        Steven P. Krafchick
11                                                          Attorney for Plaintiff
                                                            DEBRA KENWRIGHT

13  DATED: June 20, 2005                                    PILLSBURY & LEVINSON, LLP

15                                                          By_____/s/ Arnold R. Levinson____
                                                                        Arnold R. Levinson
16                                                          Attorney for Plaintiff
                                                            DEBRA KENWRIGHT

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /

---

[1] No such entity exists.  Although CIGNA Corporation's agent for service of process, CT Corporation, incorrectly accepted service of process in Connecticut (not California) on behalf of CIGNA, Inc., the parties agree that both CIGNA Corporation and CIGNA, Inc. are dismissed with prejudice.

| | |
|---|---|
| DATED: June 20, 2005 | SEYFARTH SHAW LLP |
| | By_____/s/ Carolyn A. Knox_____<br>Carolyn A. Knox<br>Attorneys for Defendants<br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>CIGNA, INC. and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY EMPLOYEE LONG TERM DISABILITY PLAN |

**ORDER**

IT IS SO ORDERED.

DATED: 7/25/05                                                     _s/Saundra B. Armstrong_____
                                                                              Honorable Saundra B. Armstrong

**GENERAL ORDER 45 ATTESTATION**

I, Jonathan A. Glass, am the ECF User whose ID and password are being used to file STIPULATION AND [PROPOSED] ORDER TO DISMISSAL OF CIGNA CORPORATION WITH PREJUDICE on behalf of all of the parties. In compliance with General Order 45, X.B, I hereby attest that Carolyn A. Knox, Arnold R. Levinson, and Stephen P. Krafchick have concurred in this filing.

                                                                 _____/s/ Jonathan A. Glass_____
                                                                              Jonathan A. Glass