1  KRAFCHICK LAW FIRM
   Steven P. Krafchick (Washington SBN: 13542)
2  2701 First Avenue, #340
   Seattle, Washington 98121
3  Telephone: (206) 374-7370
   Facsimile: (206) 374-7377
4  E-mail: klf@krafchick.com

5  Attorneys for Plaintiff
   DEBRA KENWRIGHT
6
   SEYFARTH SHAW LLP
7  Carolyn A. Knox (SBN: 181317)
   Jonathan A. Glass (SBN: 218122)
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
10 Email:  cknox@seyfarth.com; jglass@seyfarth.com

11 Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA,
12 CIGNA, INC. and STATE FARM MUTUAL
   AUTOMOBILE INSURANCE COMPANY EMPLOYEE LONG
13 TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DEBRA KENWRIGHT, an individual, | ) | Case No. C 05-01234 SBA |
|---|---|---|
| Plaintiff, | ) ) | **MOTION AND ORDER EXTENDING TIME FOR PARTIES TO ENGAGE IN ALTERNATIVE DISPUTE RESOLUTION** |
| v. | ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA, INC.; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY EMPLOYEE LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

24  ///
25  ///
26  ///
27  ///
28  ///

1    Pursuant to Local Rule 6-5, Plaintiff Debra Kenwright and Defendants Life Insurance
2    Company of North America and State Farm Mutual Automobile Insurance Company Employee
3    Long Term Disability Plan hereby stipulate and request that the Court extend the deadline for the
4    parties to complete mediation from November 30, 2005 to December 31, 2005. The parties have
5    scheduled a mediation with the Honorable Edward A. Infante (Ret.) of JAMS for December 21,
6    2005.
7    Good cause exists to extend this deadline. Plaintiff's counsel is currently scheduled for
8    several trials through the end of December 2005. In addition, the LINA representative for the
9    Western United States has no availability during the month of November, due to previously
10   scheduled mediations. Moreover, the Honorable Edward A. Infante (Ret.) of JAMS had limited
11   availability in November and December. The parties have coordinated schedules and can
12   mediate on December 21, 2005.
13   The only other time modification in this action was a stipulation by the parties to a 30-
14   day extension of time for Defendants to file a responsive pleading to Plaintiff's complaint, filed
15   on or about June 14, 2005.
16   Extending the mediation deadline will not affect the schedule of the case.

17   DATED: November __, 2005                KRAFCHICK LAW FIRM

19                                           By_____/s/ Steven P. Krafchick____
                                                     Steven P. Krafchick
20                                           Attorney for Plaintiff
                                             DEBRA KENWRIGHT

22   DATED: November __, 2005                SEYFARTH SHAW LLP

24                                           By_____/s/ Carolyn A. Knox_____
                                                     Carolyn A. Knox
25                                           Attorneys for Defendants
                                             LIFE INSURANCE COMPANY OF
26                                           NORTH AMERICA. and STATE FARM
                                             MUTUAL AUTOMOBILE INSURANCE
27                                           COMPANY EMPLOYEE LONG TERM
                                             DISABILITY PLAN

2
MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO MEDIATE / CASE NO. C 05-01234 SBA

### ORDER

IT IS SO ORDERED that the deadline for mediating this matter is extended to December 31, 2005.

DATED: 11/16/05

_____
Honorable Saundra B. Armstrong

### GENERAL ORDER 45 ATTESTATION

I, Carolyn A. Knox, am the ECF User whose ID and password are being used to file STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO ENGAGE IN ALTERNATIVE DISPUTE RESOLUTION on behalf of all of the parties. In compliance with General Order 45, X.B, I hereby attest that Carolyn A. Knox, and Stephen P. Krafchick have concurred in this filing.

_____/s/ Carolyn A. Knox_____
Carolyn A. Knox

F1 28212651.1 / 25399-000001