1 | KRAFCHICK LAW FIRM
Steven P. Krafchick (Washington SBN: 13542)
2701 First Avenue, #340
Seattle, Washington 98121
Telephone: (206) 374-7370
Facsimile: (206) 374-7377
E-mail: klf@krafchick.com

Attorneys for Plaintiff
DEBRA KENWRIGHT

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Jonathan A. Glass (SBN: 218122)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email:  cknox@seyfarth.com; jglass@seyfarth.com

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA,
CIGNA, INC. and STATE FARM COMPANIES LONG
TERM DISABILITY INSURANCE PLAN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DEBRA KENWRIGHT, an individual, | ) Case No. C 05-01234 SBA |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL WITH PREJUDICE AND  ORDER,** |
| v. | ) **PURSUANT TO FED.R.CIV.P. 41(a)** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA, INC.; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY EMPLOYEE LONG TERM DISABILITY PLAN, | ) |
| Defendants. | ) |

Plaintiff Debra Kenwright and Defendants Life Insurance Company of North America and  State Farm Companies Long Term Disability Insurance Plan have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

STIPULATION OF DISMISSAL  AND [PROPOSED] ORDER / CASE NO. C 05-01234 SBA

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: January 6, 2006									KRAFCHICK LAW FIRM

											By_____/s/ Steven P. Krafchick____
											Steven P. Krafchick
											Attorney for Plaintiff
											DEBRA KENWRIGHT

DATED: January 6, 2006									SEYFARTH SHAW LLP

											By_____/s/ Carolyn A. Knox_____
											Carolyn A. Knox
											Attorneys for Defendants
											LIFE INSURANCE COMPANY OF
											NORTH AMERICA. and STATE FARM
											MUTUAL AUTOMOBILE INSURANCE
											COMPANY EMPLOYEE LONG TERM
											DISABILITY PLAN

**ORDER**

**IT IS SO ORDERED.**

DATED: _1/23/06								_____/s/ Saundra B. Armstrong_____
										Honorable Saundra B. Armstrong

**GENERAL ORDER 45 ATTESTATION**

I, Carolyn A. Knox, am the ECF User whose ID and password are being used to file STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER on behalf of all of the parties.  In compliance with General Order 45, X.B, I hereby attest that Carolyn A. Knox, and Stephen P. Krafchick have concurred in this filing.

											_____/s/ Carolyn A. Knox_____
											Carolyn A. Knox

SF1 28227089.1 / 25399-000139